UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GILBERTO ESTRADA PEREZ,

    Petitioner,

                                    Case No. 1:09-cv-244

v.

                                    HONORABLE PAUL L. MALONEY

KENNETH MCKEE,

    Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation (ECF No. 32) filed by United States Magistrate Judge Joseph G. Scoville in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

    ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

    **THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

    **This action is terminated.**

Date:  October 30, 2013                            /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District