UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GILBERTO ESTRADA PEREZ,

    Petitioner,

                                                                     Case No. 1:09-cv-244

v.

                                                                      HONORABLE PAUL L. MALONEY

KENNETH MCKEE,

    Respondent,
_____/

## **JUDGMENT**

      Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:  October 30, 2013                                    /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               Chief United States District